330 A.2d 851
Richard L. ELDERKIN and Claire H. Elderkin, Appellants,

v.

Gerald W. GASTER.

Supreme Court of Pennsylvania.

Argued Dec. 3, 1974.

Decided Jan. 27, 1975.

Joseph T. Doyle, Trevaskis, Doyle, Currie, Nolan & Bunting, Media, for appellants.

Dale A. Betty, Edward Kassab, Kassab, Cherry & Archbold, Frank L. Tamulonis, Media, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM.

This appeal is quashed on the ground that the decree from which the appeal was taken was a non-appealable interlocutory decree. Costs on appellants.